| AC 10<br>Rev 1/94 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 1994 | Report Required by the Ethics<br>Reform Act of 1983, P.L. 98-150<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, 161-212) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Aiken, Ann L. | U.S. District Court, Oregon | 11/30/95 |

| 4. Title (Article III judges indicate active or senior status. Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge (Active) | X Nomination, Date / /<br>__ Initial __ Annual __ Final | 1 /1/94 - 11/30 95 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations |
|---|---|
| Lane County Courthouse<br>125 East 8th Avenue, Eugene, OR 97401 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Director | Relief Nursery (Non-profit) |
| Director | Relief Nursery (Non-profit) |
| Director | Court Appointed Special Advocates (Non-profit) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| 1994-95 | Public Employees Retirement System (P.E.R.S.) for the State of Oregon |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1994 & 1995 | State Board of Higher Education-State of Oregon (spouse) | $ 63,250.00 |
| 1994 & 1995 | State of Oregon-Judicial Branch | $ 148,546.35 |
| 1995 | Public Employees Retirement System (P.E.R.S.) (spouse) | $ 35,200.00 |
| | | $_____ |
| | | $_____ |

Digitized by Google

**1389**

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Aiken, Ann L. | Date of Report<br>11/30/95 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements or gifts) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 to $250,000
N = $250,001 - $500,000   O = $500,001 - $1,000,000   P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Aiken, Ann L. | Date of Report<br>11/30/95 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions    (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.1<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value2<br>Code<br>(J-P) | (2)<br>Value<br>Method3<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-M) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 | U-Lane-O Credit Union Savings (DC) | A | INT | J | T | | | | | |
| 2 | U-Lane-O Credit Union Savings (DC) | A | INT | J | T | | | | | |
| 3 | U-Lane-O Credit Union Savings (DC) | A | INT | J | T | | | | | |
| 4 | U-Lane-O Credit Union Savings (DC) | A | INT | J | T | | | | | |
| 5 | U-Lane-O Credit Union Savings (DC) | A | INT | J | T | | | | | |
| 6 | Teachers Insurance Annuity Association (TIAA) (S) | D | DIV | K | E | | | | | |
| 7 | Connecticut Mutual (S) Investment Account (CMIA) | C | DIV | L | T | | | | | |
| 8 | U-Lane-O Credit Union (J) | A | INT | K | T | | | | | |
| 9 | Common Stock1-State Bank Saunemin, Illinois | A | NONE | J | U | | | | | |
| 10 | I.R.A. (Jackson National Life) | C | DIV | K | T | | | | | |
| 11 | C.R.E.F. (Equity Account) (S) | F | DIV | K | T | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| | | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

# 1391

| Name of Person Reporting | Date of Report |
|---|---|
| Aiken, Ann L. | 11/30/95 |

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

1.  Pursuant to my mother's will, I hold the stock but my father receives the dividends from the stock until his death.

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature    _Ann Aiken_                         Date _November 30, 1995_

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial occupations, of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 9 | 373 | 00 | Notes payable to banks—secured | 9 500 | | 00 |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | 9 14 | | 00 |
| Listed securities—add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | 234 000 | | 00 |
| Real estate owned—add schedule | 317 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize | | | |
| Autos and other personal property | 48 | 000 | 00 | Credit Cards | 7 514 | | 00 |
| Cash surrender value life insurance | 9 | 000 | 00 | | | | |
| Other assets—itemize | | | | | | | |
| Investment Annual Investment Account (IRA) | 6 | 000 | 00 | | | | |
| | 74 | 000 | 00 | | | | |
| PERS (non-accessible) | 231 | 000 | 00 | Total liabilities | 261 491 | | 00 |
| PERS (non-accessible) | 51 | 000 | 00 | Net Worth | 507 882 | | 00 |
| Total assets   See attached also | 768 | 373 | 00 | Total liabilities and net worth | 768 373 | | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | None | | | Are any assets pledged? (add schedule) | No | | |
| On leases or contracts | None | | | Are you defendant in any suits or legal actions | No | | |
| Legal Claims | None | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | None | | | | | | |
| Other special debt | None | | | | | | |

---

Right column (partial, cut off):

* **OTH...**

IRA (...

Shares ...

Public ...
Decem...
$3,200...

** **REA...**

2510 F...

Digitized by Google